**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
**FILED**

**MAR 2 2 2007**

AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. _07-28-DCR_

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

V.                          **MOTION OF UNITED STATES**
                   **FOR ISSUANCE OF ARREST WARRANTS**

**JOHN DOE # 9,**
(A White Male, Approximately
180-200 pounds, bald, with a tattoo on
His left bicep of the word "Marion,"
Who Appears in the Attached Images,
Incorporated by Reference Herein)

**JANE DOE # 2,**
(A White female, Approximately
145-165 pounds, with blonde hair,
Who Appears in the Attached Images,
Incorporated by Reference Herein)                                     **DEFENDANTS**

* * * * *

The United States moves for the issuance of an arrest warrant for the presence of

the Defendants, **JOHN DOE # 9** and **JANE DOE # 2,** returnable forthwith.

Respectfully submitted,

AMUL R. THAPAR
UNITED STATES ATTORNEY

By: _____

Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
(606) 864-5523
FAX (606) 864-3590